THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 N. Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone: (213)894-5710
    Facsimile: (213)894-7177
    E-Mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. SACV 07-1043 CJC (ANx) |
| Plaintiff, | [~~Proposed~~] |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| $288,550 IN CASHIER'S CHECKS, | |
| Defendant. | |
| IDELFONSO MARQUEZ, | |
| Claimant. | |

    This action was filed on September 10, 2007. Notice was given and published in accordance with law. Claimant Idelfonso Marquez filed a claim opposing forfeiture on October 16, 2007 and answer on November 1, 2007. No other claims or answers have been filed, and

the time for filing such claims and answers has expired. Plaintiff and claimant have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $281,050.00 of the defendant currency, plus all interest earned by the government on the entirety of the defendant currency, and no other person or entity shall have any right, title or interest therein. The Department of Homeland Security, U.S. Customs and Border Protection is ordered to dispose of said assets in accordance with law.

4. $7,500.00 of the defendant currency, without any interest earned by the government on that amount, shall be returned to claimant Idelfonso Marquez. Said funds shall be forwarded by check made payable to "Idelfonso Marquez" and shall be mailed to Idelfonso Marquez, c/o Michael Raab, Esq., 16000 Ventura Blvd., Suite 1208, Encino, California 91436.

5. Claimant hereby releases the United States of America,

|  |  |
|---|---|
| 1 | its agencies, agents, and officers, including employees |
| 2 | and agents of the Department of Homeland Security, U.S. |
| 3 | Customs and Border Protection and California Department |
| 4 | of Justice-Bureau of Narcotics Enforcement, from any and |
| 5 | all claims, actions or liabilities arising out of or |
| 6 | related to this action, including, without limitation, |
| 7 | any claim for attorney's fees, costs or interest which |
| 8 | may be asserted on behalf of the claimants, whether |
| 9 | pursuant to 28 U.S.C. § 2465 or otherwise. |

6. Plaintiff, United States of America, agrees that it will not seek to recover civil sanctions (except to the extent that the forfeiture of the defendant currency can be considered a civil sanction), attorney's fees or costs in connection with this action or the underlying seizure.

//
//
//
//
//
//
//
//
//
//
//
//
//

7.    The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: May 1, 2008

_____
THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: April __, 2008     THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

Dated: April __, 2008     LAW OFFICE OF JAMES BLATT

_____
MICHAEL RAAB
Counsel for Claimant
IDELFONSO MARQUEZ

Dated: April __, 2008

_____
IDELFONSO MARQUEZ
Claimant